PROB 12C
Rev 2/03

# United States District Court

for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Gary Barnett**  Case Number: **CR-2-98-0234**

Name of Sentencing Judicial Officer: **The Honorable Joseph P. Kinneary**
**United States District Court Judge**
**(On July 28, 2005, this officer was advised by the Clerk of Courts that the case has been assigned to the Honorable James L. Graham, United States District Judge for the Southern District of Ohio)**

Date of Original Sentence: **March 12, 1999**

Original Offense: **Bank Robbery in violation of Title 18, U.S.C. §2113(a)**

Original Sentence: **84 months imprisonment, a term of 3 years supervised release, special assessment in the amount of $100.00 and restitution in the amount of $30,685.00.**

Type of Supervision: **Supervised Release**

Date Supervision Commenced: **January 26, 2005**

Assistant U.S. Attorney: **Kevin Kelley**  Defense Attorney: **Neil Rosenberg**

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue an Order to Appear and Show Cause
[ ] To grant an exception to revocation without a hearing.

**MANDATORY CONDITION NO: 1 " While on supervised release, the defendant shall not commit another Federal, state, or local crime."**

Mr. Barnett is charged with stealing a taxi cab from his ex-employer on July 16, 2005. This occurred while the offender was being supervised in Baltimore, Maryland. Mr. Barnett is also suspected of robbing the First Merit Bank located at 2182 W. Dublin-Granville Road, Worthington, Ohio on July 20, 2005.

**STANDARD CONDITION NO: 1 "The defendant shall not leave the judicial district without permission of the Court or probation officer."**

Mr. Barnett is a suspect in a bank robbery that occurred in Worthington, Ohio on July 20, 2005. The defendant did not have permission to leave the State of Maryland.

**STANDARD CONDITION NO. 2: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five (5) days of each month."**

The defendant failed to submit monthly reports for the months of February 2005, March 2005, April 2005, and May 2005, and June 2005.

**STANDARD CONDITION NO. 5: "The offender shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons."**

The defendant has failed to provide proof of employment since June 23, 2005.

**STANDARD CONDITION NO. 6: "The defendant shall notify the probation officer ten (10) days prior to any change of residence or employment."**

The defendant has failed to provide his probation officer with his address since July 5, 2005.

**STANDARD CONDITION NO. 10: "The defendant shall permit the probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer."**

The defendant has failed to make himself available for home visits since July 5, 2005. Mr. Barnett's last known residence is 9 Margaret Avenue, Pasadena, Maryland 21122.

U.S. Probation Officer Recommendation:

The term of supervision should be
- [X] Revoked.
- [ ] Extended for years, for a total term of years.
- [ ] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

PROB 12C
Rev 2/03

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 29, 2005**
**Brandon Mitchell**
U.S. Probation Officer

Approved,

/s/

Robert A. Taylor, Sr.
Senior U.S. Probation Officer
Date:   July 29, 2005

---

THE COURT ORDERS:

[ ]   No Action

[X]   The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.

[ ]   The Issuance of an Order to Appear and Show Cause

[ ]   The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.

[ ]   Other

Signature of Judicial Officer

7-29-05
Date

BKM/sat

PROB 20
(Rev. 8/91)

# PERSONAL HISTORY OF ABSCONDER

**To:** U.S. Marshal, Warrant Supervisor

| | |
|---|---|
| **FROM:** Brandon Mitchell | **TYPE OF WARRANT** |
| **OFFICE:** Southern District of Ohio Columbus, Ohio | Supervised Release |
| **PHONE NO.:** 614-719-3130 | **PHOTO AVAILABLE**   No |
| **DATE:** July 28, 2005 | |

| | | | |
|---|---|---|---|
| **IN CUSTODY NOW:** | No | **WHERE:** | |
| **RE:** Barnett | Gary | | E. |
| (Last) | (First) | | (Middle) |
| Male | **RACE:** | White Non Hispanic | |
| **DATE OF BIRTH:** July 7, 1965 | | **PLACE OF BIRTH:** Baltimore, Maryland | |
| **HT:** 6'2 | **WT:** 205 lbs. | **EYES:** blue | **HAIR:** dark |

***(NOTE: This info required for NCIC)

| | |
|---|---|
| **COMPLEXION:** | **SCARS, TATTOOS, DEFORMITIES, OTHER ID MARKS:** Weight may be less than 205 due to extensive drug usage. |
| **FBI #:** 601381CA3 | **SOCIAL SECURITY NUMBER:** 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 |
| **LOCAL POLICE #:** | **DOCKET #:** 2:98CR00234 |
| **DRUG USE:**   Yes | **ALIASES:** Gary Edward Barnett, Gary Barnett |

**LAST KNOWN OR CURRENT ADDRESS:** 862 Oyster Bay Harbour  Pasadena, MD 21122 and last reported address is 9 Margaret Avenue, Pasedena MD 21122.

**LAST KNOWN OR CURRENT TELEPHONE NO.:** 410-360-2077

**FORMER PHONE NOS.:**

**FORMER ADDRESSES:** 9 Margaret Ave., Pasadena, MD 21122

**DATE, PLACE, OFFENSE, AND AGENCY RESPONSIBLE FOR ARREST RESULTING IN SUPERVISION PLACEMENT:**

On November 16, 1998 Mr. Barnett was involved in a bank robbery in Marysville, OH. The FBI and Union County Sheriffs Office were involved in the investigation and arrest of the offender. It should be noted the offender was observed by Union County deputies and they attempted to pull the Mr. Barnett over , He proceeded to attempt to flea by foot and refused to comply with the deputies verbal commands. As the deputies handcuffed the offender he continued to resist and was ultimately spayed with pepper spray. During the course of the arrest, Barnett continued to tell the deputies to shoot him.

| | |
|---|---|
| **DATE OF LAST KNOWN ARREST:** November 16, 1998 | **PLACE:** Marysville, OH |

**NATURE OF ARREST:** Bank Robbery

**VIOLENT HISTORY (Type):** Battery-1992; Resisting Arrest, Handgun in a Vehicle-1992 both occurring in Howard County, Maryland

**DATE OF LAST FACE-TO-FACE CONTACT WITH PROBATION OFFICER:** It appears that the ofd was last seen by his Maryland USPO in June 2005 as the officer charged the offender for not making himself available for an home visit on July 5, 2005

**DOES SUBJECT KNOW WARRANT HAS BEEN ISSUED:**     Yes

| | | | |
|---|---|---|---|
| **NEXT KNOWN COURT APPEARANCE:** | **Date:** July 16, 2005 | **Location:** Maryland District Court Baltimore, MD | **Type:** (2) state warrants: 1) Motor Vehicle- Unlawful Taking, Theft - $500 3A00151903 in addition to Unauthorized Use of a Motor Vehicle and Theft -Less that $100 (Maryland District Court case No. 5C00228177). |

**KNOWN CO-DEFENDANTS AND ASSOCIATES AND AREAS SUBJECT MAY FREQUENT (names, aliases, addresses):**

ex cell mate, first name Ty, who allegedly resides in the state of Indiana

**KNOWN FAMILY AND RELATIVES (name, relation address, phone no.)**

| | |
|---|---|
| **OCCUPATION:** taxi cab driver | **DATE OF LAST EMPLOYMENT:** unknown |

**LAST EMPLOYER AND ADDRESS:** Bay Taxi in Baltimore, Maryland

**AUTOMOBILE, DESCRIBE:**   A taxi cab details unknown or a Chevrolet Camaro allegedly stolen from Mr. Bruce Darozzi on July 21, 2005

**AUTO LICENSE NO., IF KNOWN:**

**OTHER RELATIVE INFORMATION:** Mr. Barnett has been charged with stealing two vehicles: a taxi-cab from his former employer on July 22, 2005 and a Chevrolet Camaro from a friend on July 21, 2005

**NAME AND TELEPHONE NO. OF PROBATION OFFICER:** Brandon Mitchell     614-719-3100

**NAME OF CHIEF PROBATION OFFICER OR SUPERVISOR:** C. Patrick Crowley